## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY W. MARTIN, | ) | 4:10CV3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 16) is granted, and the briefing schedule is modified as follows:

1.  Plaintiff shall file a brief by November 29, 2010;

2.  Defendant shall file a brief by December 29, 2010;

3.  Plaintiff may file a reply brief by January 12, 2011; and

4.  This case shall be ripe for decision on January 13, 2011.

October 29, 2010.                    BY THE COURT:


                                     _Richard G. Kopf_____
                                     United States District Judge