IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY W. MARTIN, | ) | 4:10CV3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's second motion for enlargement of time (filing 18) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by December 29, 2010;

2. Defendant shall file a brief by January 28, 2011;

3. Plaintiff may file a reply brief by February 11, 2011; and

4. This case shall be ripe for decision on February 14, 2011.


November 29, 2010.          BY THE COURT:


                            *Richard G. Kopf*
                            United States District Judge