IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY W. MARTIN, | ) | 4:10CV3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's motion for enlargement of time (filing 21) is granted, and the briefing schedule is modified as follows:

    1.    Defendant shall file a brief by February 28, 2011;

    2.    Plaintiff may file a reply brief by March 14, 2011; and

    3.    This case shall be ripe for decision on March 15, 2011.

January 28, 2011.                    BY THE COURT:

                                                *Richard G. Kopf*
                                              United States District Judge